[No. 38489-9-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SAUL
ALEX CACERES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00796-6, James H. Allendoerfer, J., entered April 6, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Agid, JJ.

[Nos. 38628-0-I; 38629-8-I;   Division One.   July 14, 1997.]
39390-1-I; 39391-0-I.

*In the Matter of the Dependency of* L.B., R.B.

THE STATE OF WASHINGTON, *Respondent*, v. LOPEZ
BIBLE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 92-7-00932-1, Charles V. Johnson, J., entered August 14, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38789-8-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD
EARL HALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02723-1, Ann Schindler, J., entered February 28, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38937-8-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU
ARAM SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01642-6, Marilyn R. Sellers, J., entered July 5, 1996. *Dismissed* by unpublished per curiam opinion.